IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re:                                          :
                                                :    In Chapter 13
    ROSALIND FISHER              :
                                                :    Bankruptcy No. 15-17205 (ELF)
                   Debtor.        :
-------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan (Document #45) which was filed on July 6, 2016.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: July 26, 2016     By:     */s/ Megan N. Harper*
                                    MEGAN N. HARPER
                                    Deputy City Solicitor
                                    PA Attorney I.D. 81669
                                    Attorney for the City of Philadelphia
                                    And/or Water Revenue Bureau
                                    City of Philadelphia Law Department
                                    Municipal Services Building
                                    1401 JFK Boulevard, 5th Floor
                                    Philadelphia, PA  19102-1595
                                    215-686-0503 (phone)
                                    Email: Megan.Harper@phila.gov