United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                 Case No. 15-17205-elf
Rosalind Fisher                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi           Page 1 of 3            Date Rcvd: Aug 24, 2016
                    Form ID: pdf900      Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2016.
```
db             +Rosalind Fisher,    48 Johns Road,    Cheltenham, PA 19012-1420
13609867        Berkheimer Tax Administrator,    PO Box 25153,    Lehigh Valley, PA 18002-5153
13646904        BerkheimerAssoc Agt CheltenhamTwpSD/CheltenhamTwp,    c/o David R. Gordon, Esq.,
                 1883 Jory Road,    Pen Argyl, PA 18072
13609869       +Cheltenham Township Finance Officer,    8230 York Road,    Elkins Park, PA 19027-1589
13609872       +City of Philadelphia,    Department of Finance,    PO Box 56318,    Philadelphia, PA 19130-6318
13609875        City of Philadelphia (School District),    PO Box 8409,    Philadelphia, PA 19101-8409
13609876        Creditech,    POB 20330,    Lehigh Valley, PA 18002-0330
13609877       +Crescent Recovery, LLC,    PO Box 1097,    Chesapeake, VA 23327-1097
13621654       +Ditech Financial LLC,    PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone 57709-6154
13609884       +Equicredit Corporation of America,    c/o Kimberly A. Bonner,    Zucker Goldberg & Ackerman LLC,
                 200 Sheffield Street, Suite 101,    Mountainside, NJ 07092-2315
13609887        Greentree Financial Corp.,    500 Lndmark Towers,    Saint Paul, MN 55102
13609888       +Gregory Javardian, Esquire,    1310 Industrial Blvd.,    First Floor, Suite 101,
                 Southampton, PA 18966-4030
13609889       +HAB,   PO BOX 25153,    Lehigh Valley, PA 18002-5153
13715955       +Michael D. Sayles, Esq.,    427 W. Cheltenham Ave #2,    Elkins Park, PA 19027-3291
13609891        Midland Funding LLC,    1315 Aero Drive,    San Diego, CA 92123
13609892       +Montgomery County Tax Claim Bureau,    1 Montgomery Plaza Ste 610,    Norristown, PA 19401-4855
13609893       +Mt. Airy BID,    POB 18879,    Philadelphia, PA 19119-0879
13609894       +Nationscredit Financial Services Corp.,    c/o Select Portfolio Servicing Inc.,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13609895        Pennsylvania Department of Revenue,    Bureau of Collections & Taxpayer Service,    PO Box 281041,
                 Harrisburg, PA 17128-1041
13609896       +Pioneer Credit Recovery, Inc.,    POB 158,    Arcade, NY 14009-0158
13609897       +Portnoff Law Associates, LTD,    1000 Sandy Hill Road,    Suite 150,    Norristown, PA 19401-4181
13635849       +School District of Cheltenham Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13609898        Select Portfolio Servicing,    PO Box 551170,    Jacksonville, FL 32255-1170
13609899        Select Portfolio Servicing Inc.,    PO Box 65450,    Salt Lake City, UT 84165-0450
13609900        Stephen G. Burns,    Cheltenham Township Finance Officer,    8230 Old York Road,
                 Elkins Park, PA 19027-1589
13673777       +Township of Cheltenham,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13609902       +Wells Fargo,    PO Box 29704,    Phoenix, AZ 85038-9704
13609903        Wells Fargo Bank,    PO Box 50014,    Roanoke, VA 24040-0014
13716257       +Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
13621779       +Wilmington Savings Fund Society, FSB,    d/b/a Christiana Trust,    c/o Joshua I. Goldman, Esq.,
                 KML Law Group P.C.,    701 Market St., Ste. 5000,    Phila., PA 19106-1541
13609904       +Zucker, Goldberg & Ackerman, LLC,    200 Sheffield Street, Suite 101,
                 Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 25 2016 01:59:40     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 25 2016 01:59:31      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Aug 25 2016 01:59:40     City of Philadelphia,
                 Law Revenue Bureau,    c/o Megan N. Harper, Esquire,    1401 John F. Kennedy Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13609862        E-mail/Text: amscbankruptcy@adt.com Aug 25 2016 01:59:55     ADT Security Services,
                 P.O. Box 371490,    Pittsburgh, PA 15250-7490
13609861        E-mail/Text: amscbankruptcy@adt.com Aug 25 2016 01:59:55     ADT Security Services,
                 PO Box 371878,    Pittsburgh, PA 15250-7878
13672649       +E-mail/Text: amscbankruptcy@adt.com Aug 25 2016 01:59:55     ADT Security Services Inc.,
                 3190 S. Vaughn Way,    Aurora, CO 80014-3537
13609863       +E-mail/Text: EBNProcessing@afni.com Aug 25 2016 01:59:24      AFNI,   PO Box 3667,
                 Bloomington, IL 61702-3667
13609864        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 25 2016 02:01:12      American InfoSource,
                 PO Box 268941,    Oklahoma City, OK 73126-8941
13609865        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 25 2016 01:59:18      Asset Acceptance LLC,
                 P.O. Box 2036,    Warren, MI 48090-2036
13609868       +E-mail/Text: notices@burt-law.com Aug 25 2016 01:59:56     Burton Neil & Associates, P.C.,
                 1060 Andrew Drive, Suite 170,    West Chester, PA 19380-5600
13609873        E-mail/Text: bankruptcy@phila.gov Aug 25 2016 01:59:40     City of Philadelphia,
                 Law Department-Bankruptcy Unit,    1515 Arch Street, 15th  Floor,    Philadelphia, PA 19102-1595
13694475       +E-mail/Text: bankruptcy@phila.gov Aug 25 2016 01:59:39
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13609870        E-mail/Text: bankruptcy@phila.gov Aug 25 2016 01:59:39
                 City & School District of Philadelphia,    Law Department-Tax Unit,
                 1515 Arch Street, 15th  Floor,    Philadelphia, PA 19102-1595
```

```
District/off: 0313-2           User: Randi                 Page 2 of 3                  Date Rcvd: Aug 24, 2016
                               Form ID: pdf900             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13609871      E-mail/Text: apotter@philapark.org Aug 25 2016 01:59:54     City of Philadelphia,
               Parking Violations Branch,   P.O. Box 41818,   Philadelphia, PA 19101-1818
13609874      E-mail/Text: bankruptcy@phila.gov Aug 25 2016 01:59:40     City of Philadelphia,
               Deaprtment of Revenue,   PO Box 148,   Philadelphia, PA 19105-0148
13609883     +E-mail/PDF: rmscedi@recoverycorp.com Aug 25 2016 02:01:44      Equable Ascent Financial, LLC,
               c/o Recovery Management Systems,   25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
13609886      E-mail/Text: bankruptcy.bnc@gt-cs.com Aug 25 2016 01:58:56     Greentree,   PO Box 6154,
               Rapid City, SD 57709-6154
13609881      E-mail/Text: cio.bncmail@irs.gov Aug 25 2016 01:58:54     Department of Treasury,
               Internal Revenue Department,   Cincinnati, OH 45999-0025
13609890     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 25 2016 01:59:20     Midland Credit Managment,
               8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
13621483      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2016 01:59:07
               Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
13624882     +E-mail/Text: apotter@philapark.org Aug 25 2016 01:59:54     Philadelphia Parking Authority,
               701 Market St.,   Suite 5400,   Philadelphia, PA 19106-2895
13609901     +E-mail/Text: bankruptcydepartment@tsico.com Aug 25 2016 01:59:52      Transworld Systems Inc.,
               POB 15740,   Wilmington, DE 19850-5740
                                                                                                TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
cr*          +School District of Cheltenham Township,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
               Norristown, PA 19404-3020
13609878*    ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,   MUNICIPAL SERVICES BUILDING,
               1401 JOHN F KENNEDY BLVD 5TH FLOOR,   PHILADELPHIA PA 19102-1617
             (address filed with court: Department of Revenue,   PO BOX 966,   Philadelphia, PA 19105)
13609879*    ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,   MUNICIPAL SERVICES BUILDING,
               1401 JOHN F KENNEDY BLVD 5TH FLOOR,   PHILADELPHIA PA 19102-1617
             (address filed with court: Department of Streets,   PO BOX 966,   Philadelphia, PA 19105)
13609882*    +Department of Treasury,   Internal Revenue Service,   PO Box 7346,
               Philadelphia, PA 19101-7346
13609880*     Department of the Treasury,   Internal Revenue Department,   PO Box 7346,
               Phila., PA 19101-7346
13609885*    ++GREENTREE SERVICING LLC,   BANKRUPTCY DEPARTMENT,   P O BOX 6154,   RAPID CITY SD 57709-6154
             (address filed with court: Greentree,   PO Box 94710,   Palatine, IL 60094-4710)
13609866     ##Beneficial,   PO Box 10640,   Virginia Beach, VA 23450-0640
                                                                                       TOTALS: 0, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2016 at the address(es) listed below:
```
          JAMES RANDOLPH WOOD    on behalf of Creditor    School District of Cheltenham Township
           jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB Et Al...
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
           james.feighan@phila.gov
```

```
District/off: 0313-2         User: Randi              Page 3 of 3                  Date Rcvd: Aug 24, 2016
                             Form ID: pdf900          Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      MICHAEL D. SAYLES   on behalf of Debtor Rosalind  Fisher midusa1@comcast.net, MichaelDSaylesEsq@comcast.net
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com

                                                                                                                           TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                   :        Chapter 13
   ROSALIND FISHER              :
       Debtor(s)                    :        Bky. No. 15-17205 ELF

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either:** (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: <u>August 23, 2016</u>

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE